**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA, : No. 55 MAL 2016
:
Respondent :
:
: Petition for Allowance of Appeal from
: the Order of the Superior Court
v. :
:
:
:
GREGORY A. EBERLY, :
:
Petitioner :

**ORDER**

**PER CURIAM**

AND NOW, this 10th day of May, 2016, the Petition for Allowance of Appeal is

**DENIED**.

Justice Wecht did not participate in the consideration or decision of this matter.